## Case 16-2016-CA-004572-XXXX-MA

| Department | Circuit Civil | Division | CV-B |
|---|---|---|---|
| Case Status | OPEN | File Date | 7/11/2016 1:52:16 PM |
| Judge Name | COLE, KAREN K. | Officer | |
| Private Attorney | Hewett, Christopher William | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| STACEY NEELY | PLAINTIFF / F | 1680 EMERSON STREET JACKSONVILLE, FL32207 |
| TARGET CORPORATION | DEFENDANT / | 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL33324 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Hewett, Christopher William Private Attorney (44160) | 1680 Emerson St Jacksonville, FL322076104 | STACEY NEELY (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 07/11/2016 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 |
| 07/11/2016 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 7/11/2016 7/11/2016 | COVER SHEET | 2 | Request View on request |
| 2 | -- | 7/11/2016 7/11/2016 | COMPLAINT | 3 | Available VOR, Ready to view |
| 3 | -- | 7/11/2016 7/11/2016 | SUMMONS ISSUED TARGET CORPORATION | 2 | Request View on request |
| 4 | -- | 7/11/2016 7/11/2016 | OTHER NEGLIGENCE-PREMISES LIABILITY-COMMERCIAL | | |
| 5 | -- | 7/11/2016 7/11/2016 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 2708505 | 1 | Available Public access |
| 6 | -- | 7/11/2016 7/11/2016 | DEMAND FOR JURY TRIAL | | |

| 7 | -- | 8/2/2016 8/2/2016 | SUMMONS RETURNED INDICATING SERVICE ON 07/26/2016 AT 12:55 TO CT CORP SYSTEM | 4 | Available <br> Public access |
| 8 | -- | 8/15/2016 8/15/2016 | NOTICE OF PRODUCTION FROM NON-PARTY TO COASTAL SPINE & PAIN CENTER, ET AL/ATTY FOR DEFT | 2 | Request <br> View on request |
| 9 | -- | 8/15/2016 8/15/2016 | ANSWER AND AFFIRMATIVE DEFENSES /ATTY DEFT | 2 | Request <br> View on request |
| 10 | -- | 8/15/2016 8/15/2016 | NOTICE OF PROPOUNDING INTERROGATORIES /ATTY DEFT | 2 | Request <br> View on request |
| 11 | -- | 8/15/2016 8/15/2016 | REQUEST FOR ADMISSIONS /ATTY DEFT | 2 | Request <br> View on request |
| 12 | -- | 8/15/2016 8/15/2016 | REQUEST TO PRODUCE /ATTY DEFT | 7 | Request <br> View on request |
| 13 | -- | 8/18/2016 8/18/2016 | REQUEST TO PRODUCE TO PLAINTIFF (DEFENDANT TARGET CORPORATION'S SECOND) | 2 | Request <br> View on request |

Filing # 43772581 E-Filed 07/11/2016 01:52:16 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE FOURTH   JUDICIAL CIRCUIT,
IN AND FOR DUVAL   COUNTY, FLORIDA

Case No.:_____
Judge: _____

Stacey Neely
Plaintiff
        vs.
Target Corporation
Defendant

**II.    TYPE OF CASE**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence – other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability – commercial
    ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure $0 - $50,000
    ☐ Commercial foreclosure $50,001 - $249,999
    ☐ Commercial foreclosure $250,000 or more
    ☐ Homestead residential foreclosure $0 – 50,000
    ☐ Homestead residential foreclosure $50,001 - $249,999
    ☐ Homestead residential foreclosure $250,000 or more
    ☐ Non-homestead residential foreclosure $0 - $50,000
    ☐ Non-homestead residential foreclosure $50,001 - $249,999
    ☐ Non-homestead residential foreclosure $250,00 or more

☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
    ☐ Malpractice – business
    ☐ Malpractice – medical
    ☐ Malpractice – other professional
☐ Other
    ☐ Antitrust/Trade Regulation
    ☐ Business Transaction
    ☐ Circuit Civil - Not Applicable
    ☐ Constitutional challenge-statute or ordinance
    ☐ Constitutional challenge-proposed amendment
    ☐ Corporate Trusts
    ☐ Discrimination-employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

<u>1</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Christopher Hewett</u>      FL Bar No.: <u>44160</u>
      Attorney or party                                              (Bar number, if attorney)

<u>Christopher Hewett</u>   <u>07/11/2016</u>
    (Type or print name)                                  Date

Filing # 43772581 E-Filed 07/11/2016 01:52:16 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

STACEY NEELY,
an individual,

       Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation,

      Defendant.

_____/

## COMPLAINT

    Plaintiff, STACEY NEELY ("PLAINTIFF"), sues the Defendant, TARGET

CORPORATION ("Defendant"), and alleges:

1.      This is an action for damages in excess of $15,000.00, exclusive of costs.

2.      At all times material, Plaintiff resided in Jacksonville, Duval County, Florida.

3.      On or about August 17, 2012, Defendant owned, operated, and/or maintained a retail store

located at 4567 River City Drive, Jacksonville, Duval County, Florida 32246.

4.      At all times material, Plaintiff was an invitee of Defendant's retail store.

5.      At all times material, Plaintiff was shopping when the Defendant's employee struck her

with a line of grocery carts.

6.      At all times material, Defendant's employee owed the Plaintiff, and all others similarly

situated, a duty to push and maneuver the grocery carts in a reasonably prudent manner.

7.      Defendant is liable for the negligence acts of its employees that occur in the course and

scope of their employment.

8.      At all times material, Defendant's employee beached his duty by striking Plaintiff with the line of grocery carts.

9.      As the Defendant's employee's negligence occurred in the course and scope of his employment, Defendant is liable for the resulting injuries.

10.      As a result of Defendant's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, STACEY NEELY, demands judgment for damages against Defendant, TARGET CORPORATION, and demands a jury trial.

Dated on this ___\\___ day of July, 2016.

THE LAW OFFICE OF NOONEY & ROBERTS

_____
Christopher W. Hewett
Florida Bar No. 0044160
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992 telephone
(904) 858-9943 facsimile
chewett@nooneyandroberts.com

## DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE 2.516

Pursuant to Fla.R.Civ.P.2.516 (effective September 1, 2012), Attorney for Plaintiff designates the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

|  |  |
|---|---|
| Primary email address: | chewett@nooneyandroberts.com |
| Secondary email addresses: | thill@nooneyandroberts.com |
|  | pleadings@nooneyandroberts.com |

**THE LAW OFFICE OF NOONEY & ROBERTS**

_____

Christopher W. Hewett
Florida Bar No. 0044160
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992 telephone
(904) 858-9943 facsimile
chewett@nooneyandroberts.com

Filing # 43772581 E-Filed 07/11/2016 01:52:16 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

STACEY NEELY,
an individual,

                    Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation,

                    Defendant.

_____/

### SUMMONS
### PERSONAL SERVICE
### IMPORTANT

TO:

**TARGET CORPORATION,**
c/o C T Corporation Systems, as RA
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. IF you do not know an attorney, you may call the attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**LAW OFFICE OF NOONEY & ROBERTS**
Christopher W. Hewett
Florida Bar No. 0044160
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992  Fax: (904) 858-9943

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint or petition in this action on the Defendant:

DATED ON_____Jul 11 2016_____          RONNIE FUSSELL
                                                     CLERK OF THE CIRCUIT COURT

                                                     By___*Christine Rios*_____
                                                             Deputy Clerk

                        (See Attached For Spanish and French Versions)

## IMPORTANTE

Usted ha sido demandado legalmenta.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea gue el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen ostros requisitos legales.  Si lo desea, puede usted concultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que apercen en la quia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jurs consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribuanl.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties monnees ici, si vous souhaitez que le Tribunal entends votre cause.  Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause anisi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediate d'un avocat.  Si vous ne connaissez pas d'avocat, vpis [pirroez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.



**RONNIE FUSSELL**

**RECEIPT**
2708505

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed on:
07/11/2016  4:39 PM
Page 1 of 1

| Receipt Number: 2708505  - Date  07/11/2016    Time  4:39 PM | | |
|---|---|---|
| **Received of:** | Christopher Hewett 1680 Emerson Street Jacksonville, FL 32207 | |
| **Cashier Name:** | EFile | **Balance Owed:** 411.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** 411.00 |
| **Receipt ID:** | 5938187 | **Remaining Balance Owed:** 0.00 |
| **Division:** | CV-B (Circuit) | |

| Case# 16-2016-CA-004572-XXXX-MA -- Plaintiff: NEELY, STACEY | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments: | | |
|---|---|---|
| **Type:** | **Ref#:** | **Amount:** |
| EFILING | 16073906 | 411.00 |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |

## The Clerk of Courts is here to help you.

| We can be found online at: | WWW.DUVALCLERK.COM |
|---|---|
| The main courthouse Location is: | Clerk of the Circuit and County Courts Duval County, Florida 501 West Adams Street Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | |

**Neptune Beach Courthouse Annex**
1543 Atlantic Blvd
Neptune Beach, Florida 32266

## BROWARD COUNTY SHERIFF'S OFFICE
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Assignment:
14608

Service Sheet #

16-033565

**NEELY, STACEY vs. TARGET CORPORATION**
PLAINTIFF                                                                VS.                          DEFENDANT                          CASE

16-CA-4572

**SUM/COMPLAINT**                                          **CIRCUIT/DUVAL**
TYPE OF WRIT                                                                 COURT                          HEARING DATE

**TARGET CORPORATION**                                  **1200 S. PINE ISLAND ROAD**
SERVE    **PLANTATION, FL 33324**
**C/O  C T CORPORATION SYSTEMS, R.A.**

Received this process on

~~7/22/2016~~ 7/25/16 - 1500
Date

14608 (SI)

374023
LAW OFFICE OF NOONEY & ROBERTS
1680 EMERSON STREET
JACKSONVILLE , FL 32207

C.W. HEWETT, ESQ.
9884                    Attorney

☒  Served

☐  Not Served—see comments

7/26/16                    at    1255
Date.                                Time.

**TARGET CORPORATION         C/O  C T CORPORATION SYSTEMS, R.A.** By serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

**INDIVIDUAL SERVICE**
☐

**SUBSTITUTE SERVICE:**
☐    At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:

_____, in accordance with F.S. 48.031(1)(a)

☐    To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐    To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**

☐    To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐    To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☒    To *CT Corporation System* as resident agent of said corporation in accordance with F.S. 48.091

☐    **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐    **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____          2nd attempt date/time: _____

☐    **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____          2nd attempt date/time: _____

☐    **OTHER RETURNS:** See comments

COMMENTS:    *CT Corporation System Contact: Donna Moch*

---

**You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"**

SCOTT J. ISRAEL, SHERIFF
BROWARD COUNTY, FLORIDA                    14608

BY: _____ D.S.
*Grant-Walrond*

ORIGINAL

Filing # 43772581 E-Filed 07/11/2016 01:52:16 PM

RECEIVED SHERIFF

2016 JUL 22  AM 8: 15

BROWARD COUNTY, FLORIDA

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

CASE NO.:
DIVISION:

STACEY NEELY,
an individual,

         Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation,

         Defendant.

_____/

### SUMMONS
### PERSONAL SERVICE
### IMPORTANT

TO:

        TARGET CORPORATION,
        c/o C.T Corporation Systems, as RA
        1200 South Pine Island Road
        Plantation, FL 33324

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. IF you do not know an attorney, you may call the attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

        LAW OFFICE OF NOONEY & ROBERTS
            Christopher W. Hewett
            Florida Bar No. 0044160
            1680 Emerson Street
            Jacksonville, FL 32207
            (904) 398-1992  Fax: (904) 858-9943

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint or petition in this action on the Defendant:

DATED ON_____Jul 11 2016_____

        RONNIE FUSSELL
        CLERK OF THE CIRCUIT COURT

        By_____Christine Rees_____

            Deputy Clerk

        (See Attached For Spanish and French Versions)

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 07/11/2016 04:39:22 PM

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparcen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jurs consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribuanl. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties monnees ici, si vous souhaitez que le Tribunal entends votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause anisi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediate d'un avocat. Si vous ne connaissez pas d'avocat, vpis [pirroéz teléphoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous,

2

The Law Office of
# NOONEY & ROBERTS

CHRISTOPHER W. HEWETT
J. SCOTT NOONEY
KRISTOPHER NOWICKI
MICHAEL K. ROBERTS

July 15, 2016

1680 Emerson Street
Jacksonville, FL 32207
904-398-1992 telephone
904-858-9943 facsimile

Broward County Sheriff's Office
Attn: Civil Process Section
P.O. Box #9507
Ft. Lauderdale, FL 33310

   RE:  Service of Process
      Stacey Neely v. Target Corporation
      Case No.: 16-2016-CA-004572 / Duval County

Dear Sheriff:

   Please find enclosed with this letter two copies of a Summons, together with one copy of the Complaint, to be served on the following Defendant:

**TARGET CORPORATION**
c/o C T CORPORATION SYSTEM, as RA
1200 South Pine Island Road
Plantation, FL 33324

   A check in the amount of $40 is enclosed for this service of process. Please mail the Return of Service back to our office in the enclosed self-addressed, stamped envelope, that has been provided for your convenience.

   If you have any questions or concerns, please feel free to contact our office.

        Sincerely,

        *Kevin Taylor*

        Kevin B. Taylor Jr.

Enclosures: Check #11818

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2016-CA-4572
DIVISION:

STACEY NEELY,
an individual

      Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation

      Defendant.

_____/

### NOTICE OF PRODUCTION FROM NON-PARTIES

    **YOU ARE NOTIFIED** that after fifteen (15) days from the date of service of this Notice,

the undersigned will issue the attached Subpoenas, directed to the following, who are not parties,

to produce the items listed at the time and place specified in the Subpoenas:

    Coastal Spine & Pain Center
    11555 Central Parkway, Suite 304
    Jacksonville, FL 32224

    Des Peres Hospital
    2345 Dougherty Ferry Rd
    St. Louis, MO 63122

    Penemarie K Murphy, MD
    7001 Merrill Road, Suite 27
    Jacksonville, FL 32277

    Sea Spine Orthopedic Institute
    949 Lane Ave S
    Jacksonville, FL 32205

**CVS**
**Attn: Legal Office**
**One CVS Drive**
**Woonsocket, RI 02895**

**Smart Pharmacy**
**14003 Beach Blvd**
**Jacksonville, FL 32250**

**State Farm Automobile Insurance Company**
**c/o Corporation Services Company**
**1201 Hays Street**
**Tallahassee, FL 32301**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Christopher W. Hewett, Esquire, The Law Office of Nooney & Roberts, at Primary E-mail: chewett@nooneyandroberts.com and Secondary E-mails: thill@nooneyandroberts.com; pleadings@nooneyandroberts.com this *15th* day of August, 2016.

SAALFIELD SHAD, P.A.

WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorneys for Defendant, Target Corporation*

2

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2016-CA-4572

STACEY NEELY,
an individual

       Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation

       Defendant.

_____/

### NOTICE OF PROPOUNDING INTERROGATORIES AND INTERROGATORIES

**TO:**  **STACEY NEELY**
      c/o Christopher W. Hewett, Esquire
      The Law Office of Nooney & Roberts
      1680 Emerson Street
      Jacksonville, FL 32207

Please take notice that, in accordance with the applicable Florida Rules of Civil

Procedure, you are required within the time provided for by these rules to answer under oath and

in writing the original Interrogatories which are attached and numbered 1 through 23.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via electronic mail to Christopher W. Hewett, Esquire, The Law Office of Nooney & Roberts, at

Primary E-mail: chewett@nooneyandroberts.com and Secondary E-mails:

thill@nooneyandroberts.com; pleadings@nooneyandroberts.com this _15_ day of August,

2016.

SAALFIELD SHAD, P.A.

WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorneys for Defendant, Target Corporation*

2

Filing # 45214049 E-Filed 08/15/2016 12:36:11 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2016-CA-4572

STACEY NEELY,
an individual

      Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation

      Defendant.

_____/

## DEFENDANT TARGET CORPORATION'S FIRST REQUEST FOR ADMISSION

      Defendant Target Corporation, by and through its undersigned attorneys and pursuant to Florida Rule of Civil Procedure 1.370, hereby requests that Plaintiff Stacey Neely admit or deny the following First Request for Admission on or before thirty (30) days from the date of this request as follows:

      1.    The amount in controversy in this case exceeds seventy-five thousand dollars ($75,000.00).

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Christopher W. Hewett, Esquire, The Law Office of Nooney & Roberts, at Primary E-mail: chewett@nooneyandroberts.com and Secondary E-mails: thill@nooneyandroberts.com; pleadings@nooneyandroberts.com this 15th day of August, 2016.

SAALFIELD SHAD, P.A.

WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorneys for Defendant, Target Corporation*

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2016-CA-4572

STACEY NEELY,
an individual

      Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation

      Defendant.

_____/

## DEFENDANT TARGET CORPORATION'S FIRST REQUEST
## FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

**TO:** **STACEY NEELY**
c/o Christopher W. Hewett, Esquire
The Law Office of Nooney & Roberts
1680 Emerson Street
Jacksonville, FL 32207

Defendant, TARGET CORPORATION, by and through its undersigned attorney, hereby

requests that Plaintiff Stacey Neely, produce for inspection, copying or photographing at the

offices of Saalfield, Shad, P.A., 245 Riverside Avenue, Suite 400, Jacksonville, Florida 32202,

on or before thirty (30) days from the date of these requests, the following documents:

    1.    All medical and hospital bills, including prescription bills incurred to date.

    2.    All claim forms or medical reports submitted on your behalf under medical

payments or personal injury protection of any insurance policy.

    3.    All other bills, statements and/or estimates, which Plaintiff claims to be related to

and/or caused by the incident described in the Complaint.

4.      Income tax returns for the five (5) years before the accident to the present, including all attachments (W-2s, W-4s, 1099s, etc.).  (If you do not have your income tax returns, please execute the attached IRS Release and Request for Social Security Earnings Information).

5.      All medical reports, opinions, or other written documents from doctors, nurses, and other medical practitioners, or other expert witnesses, containing information concerning the injuries sustained by Plaintiff in the incident referred to in the Complaint.

6.      All hospital records for hospitalizations which resulted from the incident referred to in the Complaint.

7.      Copies of all written or transcribed statements made or given by Defendant or Defendant's employees relating or pertaining to the incident referred to in the Complaint.

8.      All records (including but not limited to, insurance policies, applications, claim forms, correspondence, and notices of benefits paid or denied) of collateral source benefits, personal injury protection benefits, workers' compensation benefits, and unemployment compensation benefits applied for or received by you after the accident alleged in the Complaint.

9.      Photographs taken of the Plaintiff following the incident referred to in the Complaint, purporting to show injuries sustained by the Plaintiff and photographs taken of the accident scene or, if applicable, the equipment involved in the incident.

10.     Copies of any and all records which you maintain support any claim for any lost wages.

11.     Regarding any lost wages or lost earning capacity, all notes, memos, ledger sheets, time records, wage records or writings of any kind showing any jobs since this incident

2

that you have not been able to obtain or fulfill because of this incident, and any other writings of any kind whatsoever which in anyway pertain to any lost wages or lost earning capacity.

12.     Any items of physical evidence, including any objects, substances, diagrams, measurements, plans, blueprints, documents, letters, or any other tangible items obtained which relate to the incident described in the Complaint.

13.     If you have applied for Social Security disability, please identify at which office your applied and execute the attached Social Security Release.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Christopher W. Hewett, Esquire, The Law Office of Nooney & Roberts, at Primary E-mail: chewett@nooneyandroberts.com and Secondary E-mails: thill@nooneyandroberts.com; pleadings@nooneyandroberts.com this _15th_ day of August, 2016.

SAALFIELD SHAD, P.A.

WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorneys for Defendant, Target Corporation*

Form **4506**

(Rev. September 2013)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Return or Account Transcript" or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

SAALFIELD SHAD, P.A., 245 RIVERSIDE AVENUE, SUITE 400, JACKSONVILLE, FL 32202; TELEPHONE NO.: 904-355-4401

**Caution.** *If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.*

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____1040_____

    **Note.** *If the copies must be certified for court or administrative proceedings, check here* . . . . . . . . . . . . . . ☐

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 12/31/2014 | 12/31/2013 | 12/31/2012 | 12/31/2011 |
|---|---|---|---|
| 12/31/2010 | | | |

**8** **Fee.** There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.**

| | | | |
|---|---|---|---|
| **a** | Cost for each return . . . . . . . . . . . . . . . . . . | $ | 50.00 |
| **b** | Number of returns requested on line 7 . . . . . . . . . . . | | 5 |
| **c** | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . | $ | 250.00 |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☑

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note.** *For tax returns being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)          Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature          Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 41721E    Form **4506** (Rev. 9-2013)

Form 4506 (Rev. 9-2013)

Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Return or Account Transcript" or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on Lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*signifies a required field).
**TO: Social Security Administration**

| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

| *NAME OF PERSON OR ORGANIZATION: | *ADDRESS OF PERSON OR ORGANIZATION: |
|---|---|
| William T. Stone, Esquire | 245 Riverside Avenue, Suite 4000 |
| Saalfield Shad Law Firm | Jacksonville, FL 32202 |
| | (904) 355-4401 |

*I want this information released because:  civil litigation matter
We may charge a fee to release information for non-program purposes.

*Please release the following information selected from the list below:
You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file." Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☒ Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☒ My benefit or payment amounts from date ALL        to date ALL
5. ☒ My Medicare entitlement from date  ALL         to date ALL
6. ☒ Medical records from my claims folder(s) from date ALL        to date ALL
     If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file (you must specify the records you are requesting, e.g., doctor report, application, determination or questionnaire)

     Application for Benefits, Doctor Reports, Consultation Evaluation Reports, Questionnaires,

     Determinations, Appeals, all correspondence and all other materials in your possession.

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

| *Signature: | *Date: |
|---|---|
| *Address: | |
| Relationship (if not the subject of the record): | *Daytime Phone: |

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (07-2013) EF (07-2013)

Social Security Administration
**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

**Instructions for Using this Form**

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company).  If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records.  We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE: Do not use this form to:**

• Request the release of medical records on behalf of a minor child.  Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

• Request detailed information about your earnings or employment history.  Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

**How to Complete this Form**

We will not honor this form unless all required fields are completed.  An asterisk (*) indicates a required field.  Also, we will not honor blanket requests for "any and all records" or the "entire file."  You must specify the information you are requesting and you must sign and date this form.  We may charge a fee to release information for non-program purposes.

• Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

• Fill in the name and address of the person or organization where you want us to send the requested information.

• Specify the reason you want us to release the information.

• Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

• You, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

• If you are not the individual to whom the requested information pertains, state your relationship to that person.  We may require proof of relationship.

**PRIVACY ACT STATEMENT**

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form.  We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party.  You do not have to provide the requested information.  Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent.  We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information.  However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer.  Computer matching programs compare our records with those of other Federal, State, or local government agencies.  We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs.  Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

**PAPERWORK REDUCTION ACT STATEMENT**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget control number.  We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.  You can find your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778).**  You may send comments on our time estimate above to:  SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-3288 (07-2013) EF (07-2013) Destroy Prior Editions

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2016-CA-4572

STACEY NEELY,
an individual

      Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation

      Defendant.

_____/

## DEFENDANT TARGET CORPORATION'S SECOND REQUEST
## FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

**TO:  STACEY NEELY**
     c/o Christopher W. Hewett, Esquire
     The Law Office of Nooney & Roberts
     1680 Emerson Street
     Jacksonville, FL 32207

Defendant, TARGET CORPORATION, by and through its undersigned attorney, hereby

requests that Plaintiff Stacey Neely, produce for inspection, copying or photographing at the

offices of Saalfield, Shad, P.A., 245 Riverside Avenue, Suite 400, Jacksonville, Florida 32202,

on or before thirty (30) days from the date of these requests, the following documents:

1. Authorization to Disclose Health Information directed to Naval Hospital Jacksonville
   (attached hereto) executed by Plaintiff, Stacey Neely.

2. Authorization to Disclose Health Information directed to Naval Station Mayport Branch
   Medical Center (attached hereto) executed by Plaintiff, Stacey Neely.

3.  Authorization to Disclose Health Information directed to Tricare South Region (attached hereto) executed by Plaintiff, Stacey Neely.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Christopher W. Hewett, Esquire, The Law Office of Nooney & Roberts, at Primary E-mail: chewett@nooneyandroberts.com and Secondary E-mails: thill@nooneyandroberts.com; pleadings@nooneyandroberts.com this 18th day of August, 2016.

SAALFIELD SHAD, P.A.

WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorneys for Defendant, Target Corporation*

2

Filing # 45666731 E-Filed 08/25/2016 10:19:24 AM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2016-CA-4572
DIVISION: CV-B

STACEY NEELY,
an individual

       Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation

       Defendant.

_____ /

## DEFENDANT TARGET CORPORATION'S
## NOTICE OF FILING NOTICE OF REMOVAL

    Defendant Target Corporation, by and through its undersigned attorneys, and pursuant to
28 U.S.C. §§1332, 1441, and 1446, hereby gives notice that it has this date filed with the U.S.
District Clerk of the Court for the Middle District of Florida, Jacksonville Division, the attached
Notice of Removal (without exhibits).

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via
electronic mail to Christopher W. Hewett, Esquire, The Law Office of Nooney & Roberts, at
Primary E-mail: chewett@nooneyandroberts.com and Secondary E-mails:
thill@nooneyandroberts.com; pleadings@nooneyandroberts.com this 25ᵗʰ day of August, 2016.

SAALFIELD SHAD, P.A.

WILLIAM T. STONE
Florida Bar No. 263397
DANA A. JACOBS
Florida Bar No. 59053
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorneys for Defendant, Target Corporation*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STACEY NEELY,
an individual

       Plaintiff,

vs.

TARGET CORPORATION,
a Florida Profit Corporation

       Defendant.

_____ /

## DEFENDANT TARGET CORPORATION'S
## NOTICE OF REMOVAL

    Defendant TARGET CORPORATION (hereinafter "Defendant"), through its undersigned attorneys and pursuant to 28 U.S.C. §1446, files with this Court a Notice of Removal of the above-captioned matter from the Fourth Judicial Circuit, Duval County, Florida. In support of the removal of this action, Defendant states as follows:

    1.  Plaintiff Stacey Neely has filed a civil action in the Circuit Court of Duval County, Florida, Case No. 16-2016-CA-4572, Division CV-B, for injuries arising out of an incident that occurred on or about August 17, 2012 at a Target Store located at 4567 River City Drive, Jacksonville, Duval County, Florida 32246.  True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. §1446(a) and Middle District of Florida Local Rule 4.02(b) are attached hereto as Exhibit A.

    2.  Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. §1332 and §1441.

3. Plaintiff alleges she has been a citizen and resident of Duval County, Florida, at all relevant times. (Complaint ¶ 2).

4. Defendant, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Minnesota, and has its principal place of business in Minnesota.

5. Plaintiff alleges her damages exceed the minimum jurisdictional limits of the Florida Circuit Court, (Complaint ¶ 1), which requires a minimum of $15,000 in controversy. §§ 26.012(2); 34.01(1)(c) Fla. Stat.

6. Plaintiff contends that "[a]s a result of Defendant's negligence, Plaintiff suffered *permanent physical injury* and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. *The losses are permanent and continuing in nature* and Plaintiff *will suffer the losses in the future*." (Complaint ¶ 10 (emphasis added)).

7. In a letter dated March 8, 2016, Plaintiff's counsel's describes the Plaintiff's treatment, which included chiropractic, physical therapy, sports medicine, pain management (injections), and a recommendation from an orthopedic surgeon to pursue a low back surgery in the form of an L5-S1 discectomy and fusion. Plaintiff's counsel's letter also stated his client has incurred $60,834.36 in medical expenses as of the date of the letter, with allegations that the Plaintiff continues to suffer from pain and has difficulty participating in activities of daily living. Plaintiff also alleges that as a result of this incident, her risk of developing future degenerative conditions is significantly increased. Plaintiff's counsel alleges the Plaintiff incurred the following medical expenses:

| | |
|---|---|
| Naval Hospital Jacksonville | $48,306.90 |
| Coastal Spine & Pain Center | $12,170.00 |
| Sea Spine Orthopedic | $357.46 |
| Total | $60,834.36 |

2

(Exhibit B)

8.   Plaintiff's counsel provided Defendant with copies of the Plaintiff's medical treatment records in an effort to support the allegations set forth in his March 8, 2016 letter.  (Exhibit C)

9.  The Plaintiff's past medical bills alleged, coupled with the unspecified claims of pain and suffering, disability, mental pain and suffering, loss of capacity for the enjoyment of life, loss of earnings, and loss of ability to earn money, all of which Plaintiff contends are permanent and continuing into the future, show the amount in controversy in this action exceeds $75,000.00.

10.  Defendant files this Notice of Removal within thirty (30) days of Plaintiff's service of the Summons and Complaint, which took place on July 26, 2016. Therefore, this Notice of Removal is timely.

11.   The United States District Court for the Middle District of Florida, Jacksonville Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this Court pursuant to 28 U.S.C. §1441(a).

12.  Based on the Plaintiff's medical treatment and records, alleged medical bills, representations by Plaintiff's attorneys, the damages claimed by the Plaintiff are greater than $75,000.00 exclusive of interest and costs. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

13. Pursuant to 28 U.S.C. §1446(d), Defendant has served written notice on Plaintiff of the filing of this Notice of Removal.  Defendant has filed and served a true and correct copy of the Notice of Removal with the State Court, as required by 28 U.S.C. §1446(d).

14. Pursuant to the Rules of this Court, Defendant has submitted herewith a filing fee of $400.00.

3

WHEREFORE, the Defendant respectfully requests that this Court accept the removal of this action from State Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to Christopher W. Hewett, Esquire, The Law Office of Nooney & Roberts, at Primary E-mail: chewett@nooneyandroberts.com and Secondary E-mails: thill@nooneyandroberts.com; pleadings@nooneyandroberts.com this 25th day of August, 2016.

SAALFIELD SHAD, P.A.

WILLIAM T. STONE
Florida Bar No. 263397
DANA A. JACOBS
Florida Bar No. 59053
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
wstone@saalfieldlaw.com
llovein@saalfieldlaw.com
*Attorneys for Defendant, Target Corporation*