# The Law Office of
# NOONEY & ROBERTS

**CHRISTOPHER W. HEWETT**
**J. SCOTT NOONEY**
**KRISTOPHER NOWICKI**
**MICHAEL K. ROBERTS**

March 8, 2016

1680 Emerson Street
Jacksonville, FL 32207
904-398-1992 telephone
904-858-9943 facsimile

Sedgwick Claims Management Services
Attn: Matthew Gamble
PO Box 14453
Lexington, Kentucky 40512-4453

RE:  Our Client:    Stacey Neely
     Date of Loss:  August 17, 2012
     Your Insured:  Target Corporation
     Incident No.:  0009422841F-0001

Dear Mr. Gamble:

As you are aware, this firm represents Stacey Neely for injuries sustained as a result of an incident which occurred on August 17, 2012. Ms. Neely continues to suffer from residual pain caused by this incident, therefore, we want to communicate the demand herein in an attempt to amicably resolve this claim.

## LIABILITY

On August 17, 2012, Ms. Neely was a business invitee at your insured's retail store located at 4567 River City Drive, Jacksonville, Florida, 32202. At that time and place, as Ms. Neely was walking through your insured's store, your insured' employee pushed a line of carts into Ms. Neely's left side. Ms. Neely sustained injuries as a result of the fall.

Accordingly, we view this as a case of clear liability as to your insured. Your insured is liable for the negligence acts of its employees that occur in the course and scope of its employment. Your insured's employee owed a duty to push the carts in a reasonably prudent manner. Your insured breached its duty by failing to use ordinary and reasonable care in the operation of the grocery carts and caused serious injury to Ms. Neely. Your insured is liable for her resulting damages.

## MEDICALS

On August 20, 2012, Ms. Neely presented to Mayport Chiropractic with complaints of lower back pain. Physical examination and diagnostic testing revealed tenderness to palpation in her cervical spine, thoracic spine, lumbar spine, lumbago and sacroiliac joint. Ms. Neely was placed on



EXHIBIT B

a treatment plan consisting of the following modalities: chiropractic manipulative therapy, ice and moist hot packs, electrical stimulation, ultrasound, chiropractic adjustment, and manual therapy techniques. She was discharged with instructions to continue her physical therapy plan. Ms. Neely continued physical therapy until November 20, 2012 with instructions to follow up with Mayport Sports Clinic.

On January 17, 2013, Ms. Neely reported upon referral to Mayport Sports Medicine with complaints of back pain. At that time, Ms. Neely received an acupuncture treatment in her bilateral thoracic region and upper lumbar paraspinal muscles. She was later discharged with instructions to follow up.

On January 23, 2013, Ms. Neely returned to Mayport Sports Medicine with complaints of back pain. At that time, Ms. Neely received an acupuncture treatment in her bilateral thoracic region and upper lumbar paraspinal muscles. She was later discharged with instructions to follow up.

On February 4, 2013, Ms. Neely returned to Mayport Sports Medicine with continued complaints of back pain. Physical examination and diagnostic testing revealed upper back pain. Ms. Neely was discharged with instructions to follow up.

On February 21, 2013, Ms. Neely returned to Mayport Sports Medicine for a follow-up appointment and with continued complaints of back pain. Physical examination and diagnostic testing revealed upper back pain, muscle aches at her ribs, thoracic spine, and lumbar spine. Ms. Neely was discharged with a referral to pain management, and she was given instructions to follow up.

On March 18, 2013, Ms. Neely reported to Coastal Spine & Pain Center with continued complaints of back pain. Physical examination and diagnostic testing revealed thoracic radiculitis, lumbosacral radiculitis, low back pain, and pain in her thoracic spine. Ms. Neely was discharged with instructions to follow up.

On April 6, 2013, Ms. Neely reported upon referral to Mayport for an MRI of her lumbar spine and thoracic spine which revealed mild degenerative plate changes involving the T11 vertebral body and a moderate sized left paracentral disc protrusion at L5-S1 which effaces the left lateral recess. Ms. Neely was discharged with instructions to follow up with her primary care physician.

On April 8, 2013, Ms. Neely returned to Coastal Spine & Pain Center with complaints of back pain, shoulder pain, and hip pain. Physical examination and diagnostic testing revealed thoracic radiculitis, lumbosacral radiculitis, low back pain, and pain in thoracic spine. At that time, she was prescribed Ergocalciferol to be taken the next three months. Ms. Neely was discharged with instructions to follow up in four weeks.

On May 3, 2013, Ms. Neely returned to Mayport Sports Medicine for a follow-up appointment and with continued complaints of chronic low back pain. Physical examination and diagnostic testing revealed: upper back pain; low back pain; and, muscle aches in her ribs, thoracic

spine, and lumbar spine. Ms. Neely was discharged with a referral to pain management, and she was given instructions to follow up.

On May 6, 2013, Ms. Neely returned to Coastal Spine & Pain Center with complaints of back pain, shoulder pan, hip pain, and pain down her left leg. Physical examination and diagnostic testing revealed thoracic radiculitis, lumbosacral radiculitis, low back pain, pain in thoracic spine, and displacement of lumbar intervertebral disc. Ms. Neely was discharged with instructions to follow up in four weeks.

On May 7, 2013, Ms. Neely returned to Mayport Family Practice for a follow-up appointment and with continued complaints of chronic low back pain. Physical examination and diagnostic testing revealed upper back pain, muscle aches at her ribs, thoracic spine, and lumbar spine. Ms. Neely was discharged and advised to obtain injections to assist with pain.

On June 3, 2013, Ms. Neely returned to Coastal Spine & Pain Center with complaints of low back pain, shoulder pain, and hip pain. Physical examination and diagnostic testing revealed thoracic radiculitis, lumbosacral radiculitis, low back pain, pain in thoracic spine, and displacement of lumbar intervertebral disc. At that time, Ms. Neely recevied trigger point injections in two areas of the thoracic region (erector spinae and rhomboids) and two areas of the lumbar region (erector spinae and quadratus lumborum). Ms. Neely was discharged with instructions to follow up in four weeks.

On June 24, 2013, Ms. Neely returned to Coastal Spine & Pain Center with complaints of low back pain, shoulder pain, and hip pain. Physical examination and diagnostic testing revealed thoracic radiculitis, lumbosacral radiculitis, low back pain, pain in thoracic spine, and displacement of lumbar intervertebral disc. At that time, Ms. Neely recevied trigger point injections in two areas of the thoracic region (erector spinae and rhomboids) and two areas of the lumbar region (erector spinae and quadratus lumborum). Ms. Neely was given a TENS unit to be used as a home modality, and she was discharged with instructions to follow up in four weeks.

On July 8, 2013, Ms. Neely returned to Coastal Spine & Pain for a lumbar epidural steroid injection. The procedure consisted of the following: the laminar interspace was identified using fluoroscopic guidance and the skin overlying the lamina was anesthetized with 1 cc of 1% Xylocaine; a 3.5 inch 25 guage spinal needle was advanced in a vertical fashion to the lamina under fluoroscopy; the lamina was anesthetized with 1 to 2 mL of 1% Xylocaine; the soft tissue structures were then anesthetized with 2 mL of 1% Xylocaine as the spinal needle was withdrawn; then, a 3.5 inch 17 gauge Touhy epidural needle was inserted and advanced in a vertical fashion within the anesthetized soft tissue track until contact with the lamina and was "walked off" the lamina onto the ligamentum flavum and advanced into the epidural space using the loss of resistance technique; lastly, once in the epidural space, a 7 mL solution containing 2 mL of 0.5% preservative free Marcaine, 5 mL of 4mg/mL dexamethasone was injected into the epirdural space. Ms. Neely was monitored for 30 minutes and later discharged with instructions to follow up in two weeks.

On July 29, 2013, Ms. Neely returned to Coastal Spine & Pain for a lumbar epidural steroid injection. The procedure consisted of the following: the laminar interspace was identified using fluoroscopic guidance and the skin overlying the lamina was anesthetized with 1 cc of 1% Xylocaine; a 3.5 inch 25 guage spinal needle was advanced in a vertical fashion to the lamina under fluoroscopy; the lamina was anesthetized with 1 to 2 mL of 1% Xylocaine; the soft tissue structures were then anesthetized with 2 mL of 1% Xylocaine as the spinal needle was withdrawn; then, a 3.5 inch 17 gauge Touhy epidural needle was inserted and advanced in a vertical fashion within the anesthetized soft tissue track until contact with the lamina and was "walked off" the lamina onto the ligamentum flavum and advanced into the epidural space using the loss of resistance technique;

lastly, once in the epidural space, a 7 mL solution containing 2 mL of 0.5% preservative free Marcaine, 5 mL of 4mg/mL dexamethasone was injected into the epidural space. Ms. Neely was monitored for 30 minutes and later discharged with instructions to follow up in two weeks.

On August 13, 2013, Ms. Neely returned to Coastal Spine & Pain Center with continued complaints of back pain, shoulder pain, and hip pain. Physical examination and diagnostic testing revealed thoracic radiculitis, lumbosacral radiculitis, low back pain, pain in thoracic spine, and displacement of lumbar intervertebral disc. Ms. Neely was discharged with instructions to follow up in four weeks for an additional lumbar epidural steroid injection.

On August 26, 2013, Ms. Neely returned to Coastal Spine & Pain for a lumbar epidural steroid injection. The procedure consisted of the following: the laminar interspace was identified using fluoroscopic guidance and the skin overlying the lamina was anesthetized with 1 cc of 1% Xylocaine; a 3.5 inch 25 guage spinal needle was advanced in a vertical fashion to the lamina under fluoroscopy; the lamina was anesthetized with 1 to 2 mL of 1% Xylocaine; the soft tissue structures were then anesthetized with 2 mL of 1% Xylocaine as the spinal needle was withdrawn; then, a 3.5 inch 17 gauge Touhy epidural needle was inserted and advanced in a vertical fashion within the anesthetized soft tissue track until contact with the lamina and was "walked off" the lamina onto the ligamentum flavum and advanced into the epidural space using the loss of resistance technique; lastly, once in the epidural space, a 7 mL solution containing 2 mL of 0.5% preservative free Marcaine, 5 mL of 4mg/mL dexamethasone was injected into the epirdural space. Ms. Neely was monitored for 30 minutes and later discharged with instructions to follow up in two weeks.

On September 5, 2013, Ms. Neely reported to Sea Spine Orthopedic Institute with complaints of back pain extending through her cervical spine. Physical examination and diagnostic testing revealed lumbago, thoracalgia, cervicalgia, and lumbar disc displacement. At that time, Ms. Neely was urged to have an L5-S1 discectomy and fusion. She was discharged with instructions to follow up.

On September 9, 2013, Ms. Neely returned to Coastal Spine & Pain Center with continued complaints of back pain, shoulder pain, and hip pain. Physical examination and diagnostic testing revealed thoracic radiculitis, lumbosacral radiculitis, low back pain, pain in thoracic spine, and displacement of lumbar intervertebral disc. Ms. Neely was discharged with instructions to continue using her TENS unit and to follow up in one week for a lumbar facet joint nerve block.

On September 16, 2013, Ms. Neely returned to Coastal Spine & Pain for a lumbar facet joint nerve block. The procedure consisted of the following: the skin area from T12 to S2 was prepped in a sterile manner, and the location of each facet joint nerve was identified at each lumbar level under fluoroscopic visualization; a 3.5 inch 22 gauge spinal needle was then advanced under fluoroscopic visualization in a vertical fashion towards the target zone until contact was made with the periosteum; then, a 0.5cc volume of 0.75% Marcaine was injected at this location after aspiration was negative for blood return, and each facet joint nerve was injected in this manner. Ms. Neely was monitored for 30 minutes and later discharged with instructions to follow up in one week.

On September 23, 2013, Ms. Neely returned to Coastal Spine & Pain for a lumbar facet joint nerve block. The procedure consisted of the following: the skin area from T12 to S2 was prepped in a sterile manner and the location of each facet joint nerve was identified at each lumbar level under fluoroscopic visualization; a 3.5 inch 22 gauge spinal needle was then advanced under fluoroscopic visualization in a vertical fashion towards the target zone until contact was made with the periosteum; then, a 0.5cc volume of 0.75% Marcaine was injected at this location after aspiration

was negative for blood return, and each facet joint nerve was injected in this manner. Ms. Neely was monitored for 30 minutes and later discharged with instructions to follow up.

On September 27, 2013, Ms. Neely returned to Coastal Spine & Pain Center with continued complaints of back pain, shoulder pain, and hip pain. Physical examination and diagnostic testing revealed thoracic radiculitis, lumbosacral radiculitis, low back pain, pain in thoracic spine, displacement of lumbar intervertebral disc, and lumbar spondyloarthritis/facet joint disease. Ms. Neely was discharged with instructions to apply ice to her lumbar region to relieve post-procedure swelling and to follow up for an additional lumbar facet joint nerve block.

On October 2, 2013, Ms. Neely returned to Coastal Spine & Pain for a lumbar facet joint nerve block. The procedure consisted of the following: the skin area from T12 to S2 was prepped in a sterile manner and the location of each facet joint nerve was identified at each lumbar level under fluoroscopic visualization; a 3.5 inch 22 gauge spinal needle was then advanced under fluoroscopic visualization in a vertical fashion towards the target zone until contact was made with the periosteum; then, a 0.5 mL volume of 6% Phenol was injected at this location after aspiration was negative for blood return, and each facet joint nerve was injected in this manner. Ms. Neely was monitored for 30 minutes and later discharged with instructions to follow up.

On October 16, 2013, Ms. Neely returned to Coastal Spine & Pain Center for a follow up. Physical examination and diagnostic testing revealed thoracic radiculitis, lumbosacral radiculitis, low back pain, pain in thoracic spine, displacement of lumbar intervertebral disc, and lumbar spondyloarthritis/facet joint disease. Ms. Neely was discharged with instructions to apply ice to her lumbar region to relieve post-procedure swelling and to follow up for an additional lumbar facet joint nerve block in six to twelve months.

Stacey Neely incurred the following medical expenses:

| | |
|---|---|
| Naval Hospital Jacksonville | $ 48,306.90 |
| Coastal Spine & Pain Center | $ 12,170.00 |
| Sea Spine Orthopedic | $      357.46 |
| **Total:** | $ 60,834.36 |

## PAIN AND SUFFERING AND LOSS OF ENJOYMENT OF LIFE

At the time of the incident, Stacey Neely was a vibrant woman who enjoyed an active lifestyle. As a result of the incident, she continues to suffer from pain. Ms. Neely required emergency treatment, months of therapy, and expensive diagnostic testing for her injuries. The injuries negatively impacted Ms. Neely's daily life, by making it difficult to participate in activities of daily living. Additionally, as a result of this incident, Ms. Neely's risk of developing future degenerative conditions is significantly increased.

This was a serious incident that caused significant injuries to our client, and it has impacted her ability to enjoy normal activities of daily living. Accordingly, our demand is for a good faith offer to settle this claim. This proposal will remain open for a period of thirty (30) days.

Upon receipt of this letter, please contact the undersigned to discuss the possibility of resolving this matter short of litigation.

Sincerely,

CHRISTOPHER W. HEWETT

CWH/lmn, hm
Enclosures